Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIANNE KOCHANEK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED FINANCIAL BANCORP, INC., WILLIAM H. W. CRAWFORD, IV, ROBERT A. STEWART, JR., RAYMOND H. LEFURGE, JR., PAULA A. AIELLO, MICHAEL A. BARS, MICHAEL F. CROWLEY, KRISTEN A. JOHNSON, CAROL A. LEARY, and KEVIN E. ROSS,<br><br>    Defendants. | Case No: 1:19-cv-05388-DLI-ST<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marianne Kochanek hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: December 19, 2019

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060

1

Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Daniel Sadeh, hereby certify that on December 19, 2019, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 19, 2019               /s/ Daniel Sadeh
                                       Daniel Sadeh